IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KYLE M. THOMPSON,

Plaintiff,

v.                                                            CASE NO. 24-3056-JWL

USP LEAVENWORTH,

Defendant.

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Request for Clarification (Doc. 5). Plaintiff seeks clarification of the Court's previous orders in this matter (Docs. 2 and 4). He asks why the Court sent the forms for a § 1983 action when he "[f]iled a compassionate release to the prison for cruel and unusual punishment and release due to his issues and his parents' medical needs." (Doc. 5, at 1.)

As previously explained (*see* Doc. 2), a motion for compassionate release **must be filed in the sentencing court**. *See* 18 U.S.C. § 3582(c)(1)(A). In Plaintiff's case, the sentencing court appears to be the United States District Court for Arizona. *See United States v. Thompson*, Case No. 18-cr-08162-DGC-1 (D. Ariz.).

Plaintiff refers to compassionate release in connection with a claim of cruel and unusual punishment. His Complaint includes allegations about the conditions of his confinement. (Doc. 1, at 1-2.) A claim of cruel and unusual punishment in violation of the Eighth Amendment is properly brought in a lawsuit under 42 U.S.C. § 1983. However, release is not available as a remedy in a § 1983 action. *See Preiser v. Rodriguez*, 411 U.S. 475, 499 (1973).

Because Plaintiff has reiterated that he seeks compassionate release, this case is dismissed for improper venue.

1

**IT IS THEREFORE BY THE COURT ORDERED** that this matter is dismissed without prejudice.

**IT IS SO ORDERED.**

**Dated June 6, 2024, in Kansas City, Kansas.**

> **S/ John W. Lungstrum**
> **JOHN W. LUNGSTRUM**
> **UNITED STATES DISTRICT JUDGE**